SEYFARTH SHAW LLP
Samuel T. McAdam (SBN 186084)
Diana R. Craig (SBN 221389)
400 Capitol Mall, Suite 2350
Sacramento, California 95814-4428
Telephone: (916) 448-0159
Facsimile: (916) 558-4839

Attorneys for Defendant
WINCO FOODS, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE ANN PETERS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>WINCO FOODS, INC.<br><br>　　　　Defendants. | Case No. CIV.S-02-2010 FCD KJM<br><br>**ORDER GRANTING DISBURSEMENT OF ATTORNEY FEES AND COSTS** |

IT IS HEREBY ORDERED that the Clerk of the Court shall disburse to WinCo the $37,563.00 costs/attorney's fees award ordered in this case plus interest accrued from December 18, 2003 in the amount of $158.51, totaling $37,721.51. All monies remaining shall be returned to Plaintiff.

DATED: April 21, 2006　　　　　　　　　　　　/s/ Frank C. Damrell Jr.
　　　　　　　　　　　　　　　　　　　　　　JUDGE OF THE DISTRICT COURT

1
SC1 17070856.1　　　　[PROPOSED] ORDER GRANTING DISBURSEMENT OF ATTORNEY FEES AND COSTS